## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LATHISA JONES, individually and on behalf of all others similarly situated, | Case No. 19-cv-13524-TGB-MJH |
| *Plaintiff*, | **CLASS ACTION** |
| vs. | |
| TOARMINAS KA INC. D/B/A TOARMINA'S PIZZA DEARBORN, | |
| *Defendant*. _____/ | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Lathisa Jones, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1.  All claims of the Plaintiff, Lathisa Jones, individually, are hereby dismissed without prejudice.

2.  All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: June 24, 2020

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

                                          Respectfully submitted,

                                          **SHAMIS & GENTILE, P.A.**
                                          14 NE 1st Ave., Suite 705
                                          Miami, FL 33132
                                          Telephone (305) 479-2299
                                          Facsimile (786) 623-0915
                                          Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
            Andrew J. Shamis, Esq.
            Florida Bar # 101754

                                          *Counsel for Plaintiff and the Class*